2025R00294/KLA

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Esther Salas |
| v. | : | Crim. No. 25-500 |
| JOSE MANUEL QUISPE GUERRA | : | 8 U.S.C. § 1326(a) |

FILED
AUG 0 7 2025
AT 8:30 12:42 P.M.
CLERK, U.S. DISTRICT COURT - DNJ

# INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On a date after on or about September 8, 2022, and before on or about May 20, 2024, in the District of New Jersey, and elsewhere, the defendant,

**JOSE MANUEL QUISPE GUERRA,**

being an alien who was deported and removed and having departed from the United States while an order of deportation and removal was outstanding, and without the express consent of the Secretary of Homeland Security or the Attorney General of the United States to reapply for admission prior to his reembarkation at a place outside the United States, did knowingly and voluntarily enter and, on or about May 20, 2024, was found in the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL,



TODD W. BLANCHE
United States Deputy Attorney General

_/s/ Alina Habba_
ALINA HABBA
Acting United States Attorney and
Special Attorney

CASE NUMBER: <u>25-500</u>

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

JOSE MANUEL QUISPE GUERRA

## INDICTMENT FOR

8 U.S.C. § 1326(a)



United States Deputy Attorney General

ALINA HABBA
Acting United States Attorney and Special Attorney
for the District of New Jersey

Keith L. Abrams
Special Assistant U.S. Attorney
Newark, New Jersey
(973) 645-2848